UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>FRANTONI, INC. dba PUERTO LA BOCA ARGENTINIAN GRILL, et al.,<br><br>Defendants. | Case No. 19cv1988-JAH (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

On July 9, 2020, Plaintiff Jerry Jackson and Defendants Frantoni, Inc. *et al.*, filed a joint motion to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 15.

IT IS HEREBY ORDERED that the joint motion is **GRANTED**. The case is **DISMISSED** with prejudice. Each party will bear its own costs and attorneys' fees in connection with this action.

**IT IS SO ORDERED.**

Dated: July 9, 2020

_____
Hon. John A. Houston
United States District Judge

1